# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **9:22-po-5046-KLD** |
| **Plaintiff,** | **Violation: F5171927** |
| vs. | |
| **ROSEMARY S. BOEHM,** | **ORDER ESTABLISHING FINES AND FEES** |
| **Defendant.** | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the fine in the above-referenced case is set at $20.00 and the special assessment and processing fees are set at $30.00 for a total of $50.00.

Dated this __22nd__ day of December, 2022.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge